FRANK H. TAYLOR AND SON, INC., PLAINTIFF-APPELLANT, v. SEYMOUR D. SHEPARD, DEFENDANT-RESPONDENT.

Argued April 27, 1976—Decided May 13, 1976.

*Mr. Theodore W. Geiser* argued the cause for appellant (*Messrs. McElroy, Connell, Foley and Geiser,* attorneys).

*Mr. Floyd F. Lombardi* argued the cause for respondent (*Messrs. DeSevo, Cerutti and Lombardi,* attorneys).

PER CURIAM. The judgment is affirmed substantially for the reasons expressed by the Appellate Division.

*For affirmance*—Justices MOUNTAIN, SULLIVAN, PASHMAN, CLIFFORD and SCHREIBER and Judges CONFORD and CARTON—7.

*For reversal*—None.